DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JOSHUA ISAAC MARTINEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-824
_____

January 31, 2024

Appeal from the Circuit Court for DeSoto County; Guy A. Flowers, Judge.

Howard L. Dimmig, II, Public Defender, and Kevin Briggs, Assistant Public Defender, Bartow, for Appellant.

Joshua Isaac Martinez, pro se.

Ashley Moody, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

    Affirmed.


SILBERMAN, BLACK, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.